STATE of Tennessee ex rel. Carl A. JONES, et al., Appellants-Complainants,

v.

WASHINGTON COUNTY, Tennessee, et al., Appellees-Defendants.

Supreme Court of Tennessee.

July 15, 1974.

Frank Bryant, Bryant, Price, Brandt & Jordon, Johnson City, for appellants-complainants.

Judson D. Thornton, Robert M. May, Jonesboro, Wilson, Worley, Gamble, Dodson & Ward, Kingsport, for appellees-defendants.

OPINION

PER CURIAM.

After due consideration of this matter, we agree with the opinion of the Court of Appeals and affirm.